Stephen J. Kottmeier (State Bar No. 077060)
Monique D. Jewett-Brewster (State Bar No. 217792)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Creditor
Western Alliance Bank, as successor in interest to
Bridge Bank, National Association

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Westak, Inc., a California Corporation,<br><br>　　　　Debtor. | CASE NO. 17-51123 SLJ<br><br>CHAPTER NO. 11<br><br>**CREDITOR WESTERN ALLIANCE BANK, AS SUCCESSOR IN INTEREST TO BRIDGE BANK, NATIONAL ASSOCIATION'S NOTICE OF SECURITY AGREEMENT AND OF NON-CONSENT TO USE OF CASH COLLATERAL**<br><br>[No Hearing Required] |

**TO DEBTOR, DEBTOR'S ATTORNEY, AND ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that, pursuant to sections 363(a), 363(c), 546(b) and 552(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Western Alliance Bank, as successor in interest to Bridge Bank, National Association ("Secured Creditor" or "WAB") claims a security interest in all business personal property listed in the Commercial Security Agreement (the "Personal Property Collateral"), including without limitation all inventory, investment property, equipment and accounts, that arises from certain financing which WAB extended to Westak, Inc. ("Westak") before the filing of the petition herein (collectively, the "Loans"). The Loans are evidenced by certain Promissory Notes, a Business Loan Agreement (Asset Based), a Commercial Security Agreement, and related documents, including amendments thereto dated beginning January 9, 2012, executed by Westak and delivered to WAB (collectively, the "Loan Documents").

To secure Westak's performance under the Loan Documents, Westak granted a continuing security interest to WAB in the Personal Property Collateral. WAB's security interest in the Personal Property Collateral was properly perfected filing those certain UCC-1 financing statements with the Nevada Secretary of State on September 10, 2010 and March 16, 2015, as Document Numbers 2010022739-4 and 2015006762-3, respectively (collectively, the "UCC-1 Financing Statements").

NOTICE IS FURTHER GIVEN that copies of the documents comprising the Loan Documents and the UCC-1 Financing Statements are available upon written request to counsel for WAB, Stephen J. Kottmeier, Esq., at sjk@hopkinscarley.com.

NOTICE IS FURTHER GIVEN that pursuant to Bankruptcy Code Section 546(b), WAB hereby claims a perfected security interest in proceeds, issues and profits of the Personal Property Collateral.

NOTICE IS FURTHER GIVEN that all proceeds, issues and profits generated hereafter from the Personal Property Collateral are deemed "cash collateral" as defined under Bankruptcy Code sections 363(a) and 363(c)(2)(a) and are subject to the perfected security interested held by WAB.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

436\2668048.1 - 2 -
CREDITOR WESTERN ALLIANCE BANK;S NOTICE OF NON-CONSENT TO USE OF CASH COLLATERAL
Case: 17-51123   Doc# 30   Filed: 05/30/17   Entered: 05/30/17 11:39:56   Page 2 of 3

1    NOTICE IS FURTHER GIVEN that said cash collateral must be segregated and

2    separately accounted for pursuant to Bankruptcy Code section 363(c)(4).

3    NOTICE IS FURTHER GIVEN that Secured Creditor does not consent to the use of its

4    cash collateral and hereby demands that such funds generated from the Personal Property

5    Collateral be segregated and separately accounted for as required by law and turned over to

6    Secured Creditor.

7    Dated: May 30, 2017                     HOPKINS & CARLEY
                                              A Law Corporation

                                              By: */s/ Stephen J. Kottmeier*
                                                  Stephen J. Kottmeier
                                                  Monique D. Jewett-Brewster
                                                  Attorneys for Creditor
                                                  Western Alliance Bank, as successor in
                                                  interest to Bridge Bank, National
                                                  Association